Hillabold v. Bales—76 Ind. App. 694.

ENLOE, J.—The controlling facts in this case were all considered in the case of the *Queen Ins. Co.* v. *Delphi Strawboard Co.* (1920), *ante* 47, 128 N. E. 697, and on the authority of that case the judgment of the lower court herein is affirmed.

---

ZARING v. WESTON, ADMINISTRATOR, ET AL.

[No. 11,066.    Filed March 16, 1921.    Rehearing denied June 8, 1921.]

From Washington Circuit Court; *William H. Paynter*, Judge.

Action between Phillip A. Zaring and William Weston, Administrator of the estate of Josephine Denny, deceased, and others. From the judgment rendered, the former appeals. *Affirmed.*

*Montgomery & Montgomery,* for appellant.
*Hottel & Mead* and *R. C. Brown,* for appellees.

PER CURIAM.—Affirmed.

---

CALUMET ELECTRIC COMPANY ET AL. v. INTERNATIONAL TRUST AND SAVINGS BANK, TRUSTEE.

[No. 10,871.    Filed June 8, 1921.]

From Lake Superior Court; *Charles E. Greenwald*, Judge.

Action between the Calumet Electric Company and another and the International Trust and Savings Bank, trustee. From the judgment rendered, the former appeal. *Affirmed.*

*Charles W. Chase* and *H. W. Worden,* for appellants.
*Wildermuth & Force,* for appellee.

PER CURIAM.—Judgment affirmed.

---

HILLABOLD ET AL. v. BALES.

[No. 10,941.    Filed June 10, 1921.]

From Starke Circuit Court; *William C. Pentecost*, Judge.

Action between Clarence H. Bales and Matt Hillabold and others. From a judgment for the former, the latter appeal. *Affirmed.*